Certificate Number: 00301-PR-DE-016180281

Bankruptcy Case Number: 11-02338


00301-PR-DE-016180281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2011</u>, at <u>10:51</u> o'clock <u>PM EDT</u>, <u>JOSE M LABOY VAZQUEZ</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>September 29, 2011</u>     By:     <u>/s/Tamara Ray</u>

                         Name:   <u>Tamara Ray</u>

                         Title:  <u>Certified Bankruptcy Counselor</u>